# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE PARENTAL
RIGHTS AS TO L. M. V., A MINOR.

No. 70915

TINA VIGIL,
Appellant,
vs.
STATE OF NEVADA DEPARTMENT
OF FAMILY SERVICES; AND L. M. V.,
Respondents.

**FILED**

JAN 03 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This pro se appeal was docketed in this court on August 1, 2016, without payment of the requisite filing fee. The district court's October 3, 2016, order denying appellant's motion to proceed in forma pauperis was filed in this court on October 12, 2016. On November 8, 2016, this court entered an order directing appellant to pay the filing fee within 30 days or this appeal would be dismissed. To date, appellant has not paid the filing fee or otherwise responded to this court's order. Accordingly, cause appearing, this appeal is hereby dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: *Elizabeth A Brown*

cc: Hon. Charles J. Hoskin, District Judge, Family Court Division
Tina Vigil
Legal Aid Center of Southern Nevada, Inc.
Clark County District Attorney/Juvenile Division
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

17-00034